IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE C. HEARNE, C32689, | ) | |
| Petitioner, | ) | No. C 15-3437 CRB (PR) |
| vs. | ) | ORDER |
| RON DAVIS, Warden, | ) | |
| Respondent. | ) | |

On October 29, 2015, respondent filed a motion to dismiss the petition for a writ of habeas corpus as untimely under 28 U.S.C. § 2244(d), and/or as a second or successive petition under 28 U.S.C. § 2244(b).

Because petitioner claims he did not receive the copy of the motion respondent served on him, the clerk mailed him a second copy on November 19, 2015. Good cause appearing therefor, petitioner shall file an opposition to the motion, or a notice on non-opposition, by no later than December 24, 2015, and respondent shall file a reply to any opposition within fourteen (14) days of filing.

No further extensions of time will be granted.

SO ORDERED.

DATE     11/20/2015

CHARLES R. BREYER
United States District Judge

N:\Nov.2015\CRB\15cv3437pr.order.112015.wpd